UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN J. SHUFELDT, M.D., | |
| Plaintiff, | Case No. 3:17-cv-01078 |
| v. | Judge Eli J. Richardson |
| | Magistrate Judge Alistair E. Newbern |
| BAKER, DONELSON, BEARMAN, CALWELL AND BERKOWITZ, P.C., | |
| Defendant. | |

## **ORDER**

During the August 26, 2021 videoconference, the Magistrate Judge set a case management conference by telephone on November 15, 2021, at 1:30 p.m. Counsel shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded to file a joint proposed case management order addressing all remaining litigation deadlines by no later than November 10, 2021.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge