UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN J. SHUFELDT, M.D., <br><br> Plaintiff, <br><br> v. <br><br> BAKER, DONELSON, BEARMAN, CALDWELL AND BERKOWITZ, P.C., <br><br> Defendant. | Case No. 3:17-cv-01078 <br><br> Judge Eli J. Richardson <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Due to a conflict in its schedule, the Court must reset the case management conference scheduled to be held on February 10, 2022, at 10:30 a.m. The conference is RESET on February 17, 2022, at 10:30 a.m.

Counsel shall call (888) 557-8511 and enter access code 7819165# to participate in the conference.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge